No. 92–6043.  RHODES *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 92–6045.  FULCHER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–6047.  HUNT *v.* THOMPSON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–6059.  SNELL *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–6063.  CORREA *v.* UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 92–6065.  FASSLER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 92–6074.  JAVINO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–6079.  GALLAGHER ET UX. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 11th Cir.  Certiorari denied.

No. 92–6100.  BLACK *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–6101.  SOLTERA BETANCOURT *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 92–6104.  REGINO-DELGADO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–6110.  JORDAN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–6112.  ROMERO *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 92–6113.  PRICE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–6114.  MCILROY *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.